

Entered on Docket
December 22, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-25927-mkn |
|---|---|
| Jose Zepeda and Juana Maria Velasquez | Chapter 13 |
| Debtors | |

### ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c )(4)(A)(i) and (ii)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy has expired. Secured Creditor's, U.S. Bank, National Association, its assignees and/or successors in interest's, Ex-Parte Application for an Order Pursuant to 362(c )(4)(A)(i) and (ii) has been considered by the court. The record reflects that the debtors had two (2) or more

1  bankruptcy petitions pending within the one year period prior to the current filing and that all of the

2  pending cases were dismissed. Pursuant to 362(c )(4)(A)(i) and (ii) the court confirms there is no stay.

3  Submitted by:

5  **WILDE & ASSOCIATES**    #10235
6  By:____/s/Gregory L. Wilde, Esq____
   **Gregory L. Wilde, Esq.**
7  Attorney for Secured Creditor

8  **APPROVED / DISAPPROVED**

9  By:_____
10 Pro Se
   Attorney for Debtor(s)
11
12 **APPROVED / DISAPPROVED**

13 By:_____
   Kathleen A Leavitt
14 Chapter 13 Trustee